# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter Of | : No. 2393 Disciplinary Docket No. 3 |
| | : |
| WILLIAM JAMES HELZLSOUER | : No. 81 DB 2016 |
| | : |
| | : Attorney Registration No. 17300 |
| | : |
| | : (Allegheny County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2018, on certification by the Disciplinary Board that William James Helzlsouer, who was suspended for a period of three months, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, William James Helzlsouer is reinstated to active status.